No. 98–9349. BOND *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 98–1713. ARKANSAS *v.* MAZEPINK. Sup. Ct. Ark. Certiorari denied.

No. 98–1886. MAYOR AND CITY COUNCIL OF BALTIMORE *v.* ONE 1995 CORVETTE VIN #1G1YY220585103433. Ct. App. Md. Certiorari denied.

No. 98–1933. AZTEC GENERAL AGENCY *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 98–8272. WIPPERT *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 98–9273. WHITE *v.* GIBSON, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 98–9377. MAYS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9595. WILKERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9721. MIDDLETON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–9793. AKINTOBI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–20. ROBINSON, PLAN ADMINISTRATOR OF THE LANDMARK INSURANCE GROUP PLAN, ET AL. *v.* CLOCK TOWER PLACE INVESTMENTS, LTD., ET AL. C. A. 4th Cir. Certiorari denied.